# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.: 3:21-cv-50280 |
| BERNER FOOD & BEVERAGE, LLC, BERNER FOOD & BEVERAGE, INC., f/k/a BERNER FOODS, INC., GRASSLAND DAIRY PRODUCTS, INC. | ) ) ) ) ) ) | Hon. Lisa A. Jensen |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Defendant Grassland Dairy Products, Inc ("Grassland") hereby stipulate and agree with plaintiff Hartford Fire Insurance Company ("Hartford") that in light of the dismissal of the third party complaint against Grassland in the case captioned *Wichman v. Berner Food & Beverage, LLC*, Circuit Court of the Fifteenth Judicial District, Stephenson County, Illinois, No.2020L0031, hereinafter the *Wichman* suit and the withdrawal by Grassland with prejudice of any claim against Hartford for payment of incurred defense costs in the *Wichman* suit, the above-captioned matter may be dismissed with prejudice, each party to bear its own costs and fees.

| Hartford Fire Insurance Company | Grassland Dairy Products, Inc. |
|---|---|
| By: /s/ Michael J. Duffy<br>Michael J. Duffy | By: /s/ Tamar B. Kelber<br>Tamar B. Kelber |
| Michael J. Duffy<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>55 West Monroe Street - Suite 3800<br>Chicago, IL 60603<br>(312) 704-0550; (312) 704-1522 (fax)<br>michael.duffy@wilsonelser.com<br>Dated: September 12, 2022 | Tamar B. Kelber (6225308)<br>Gass Turek LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>Phone: 414-224-7781<br>E-mail: kelber@gassturek.com<br><br>Dated: September 12, 2022 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2022, I electronically filed the aforesaid document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          By:   /s/ Tamar B. Kelber
                                                                       One of the Attorneys for
                                                                       Grassland Dairy Products, Inc.